UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DENVER WELLS, | ) | |
| Plaintiff, | ) | Civil No. 15-69-ART |
| v. | ) | |
| | ) | **JUDGMENT** |
| WAL-MART STORES INC., | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Wells's complaint is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

(2) Judgment is **ENTERED** in favor of the defendant, Wal-Mart Stores, Inc.

(3) This action is **STRICKEN** from the Court's docket.

This 13th day of April, 2016.



Signed By:
*Amul R. Thapar* AT
United States District Judge